Carl Altman, Respondent, v. Costa Trucking Co., Inc., Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant

to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $1,500, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Glennon, Untermyer, Dore and Cohn, JJ.